IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BRENDAN GAYTAN, § | | |
| TDCJ-CID No. 01985534, § | | |
|    Petitioner, § | | |
| v. § | Civil Action No. 2:19-CV-316 | |
| § | | |
| BOBBY LUMPKIN, Director, § | | |
| Texas Department of Criminal Justice, § | | |
| Correctional Institutions Division, § | | |
|    Respondent. § | | |

### RESPONDENT'S MOTION TO SUBSTITUTE COUNSEL
### FOR THE DIRECTOR WITH BRIEF IN SUPPORT

The Director was last represented in this cause by Assistant Attorney General Jon Meador. Since that time, it has become necessary to reassign this case to the undersigned Assistant Attorney General. As a result, the undersigned moves this Court to allow Mr. Meador to withdraw and to permit the undersigned to substitute in as the Assistant Attorney General representing the Director in this federal habeas action.

The undersigned has been licensed to practice in the State of Texas since November 3, 2017, and is a member in good standing of the State Bar of Texas. The undersigned is also admitted to practice in the United States District Court for the Southern District of Texas. All future correspondence should be sent to the same address at the undersigned's attention.

For the foregoing reasons, the undersigned moves this Court to allow Assistant Attorney General Jon Meador to withdraw and to substitute the

undersigned as the Assistant Attorney General to represent the Director in this federal habeas corpus action.

                              Respectfully submitted,

                              KEN PAXTON
                              Attorney General of Texas

                              BRENT WEBSTER
                              First Assistant Attorney General

                              JOSH RENO
                              Deputy Attorney General for
                              Criminal Justice

                              EDWARD L. MARSHALL
                              Chief, Criminal Appeals Division

                              s/ Patrick D. Todd
*Lead Counsel                 PATRICK D. TODD*
                              Assistant Attorney General
                              Southern District No. 3440436
                              State Bar No. 24106513

                              P. O. Box 12548,
                              Austin, Texas 78711-2548
                              (512) 936-1400
                              (512) 936-1280 (FAX)

                              ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

The Director has conferred with Gaytan through his counsel of record and he does not oppose this substitution.

s/ Patrick D. Todd
PATRICK D. TODD
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing on January 15, 2021 with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Cynthia Hujar Orr
Goldstein Goldstein Hilley & Orr
310 S St Marys St
29th Floor
San Antonio, TX 78205
210-226-1463
Fax: 210-226-8367
Email: whitecollarlaw@gmail.com

s/ Patrick D. Todd
PATRICK D. TODD
Assistant Attorney General